FILED

2008 Mar-14  PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JULIE BEST GRIMES, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:07-CV-01397-WMA** |
| ) | |
| **RAVE MOTION PICTURES** ) | |
| **BIRMINGHAM, L.L.C., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Rave Motion Pictures Birmingham, L.L.C., Rave Motion Pictures Birmingham II, L.L.C., Rave Motion Pictures Birmingham III, L.L.C., Rave Reviews Cinemas, LLC ("Defendants" or "the Rave Defendants"), by and through their attorneys of record, and in accordance with Fed. R. Civ. P. 56(b) and this Court's Order of February 14, 2008, move the Court for an Order granting their Motion for Summary Judgment on all Counts of the Second Amended Complaint and Amendment to Second Amended Complaint filed by Plaintiff Julie Best Grimes ("Plaintiff" or "Grimes"). In further support for this Motion, Defendants submit contemporaneously herewith their Memorandum in Support of their Motion for Summary Judgment and their Evidentiary Appendix in Support of Motion for Summary Judgment.

Respectfully submitted,

**BRADLEY ARANT ROSE & WHITE LLP**

By:_____/s/ Dylan C. Black_____
James W. Gewin (ASB-2568-I72J)
Dylan C. Black (ASB-6595-K72D)
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
jgewin@bradleyarant.com
dblack@bradleyarant.com
(205) 521-8000; Fax (205) 521-8800


**BRYAN CAVE LLP**

William Perry Brandt (admitted *pro hac vice*)
Heather S. Esau Zerger (admitted *pro hac vice*)
BRYAN CAVE, LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
(816) 374-3200; Fax (816) 374-3300
perry.brandt@bryancave.com
hezerger@bryancave.com


ATTORNEYS FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph H. "Jay" Aughtman
jay.aughtman@beasleyallen.com

Alexander W. Jones, Jr
William S. Pritchard, III
irmaj@pm-j.com
billyp@pm-j.com

A. Inge Selden
Joshua D. Jones
iselden@maynardcooper.com
jjones@maynardcooper.com

Jack Hood
jack.hood@usdoj.gov

Daniel K. Crane-Hirsch
daniel.crane-hirsch@usdoj.gov

and I hereby certify that I have sent via overnight mail the document to the following non-CM/ECF participant:

Mark D. Cahill
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
mcahill@choate.com

s/ Dylan C. Black
Of Counsel