FILED
2008 Mar-14 PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIE BEST GRIMES, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:07-CV-01397-WMA |
| ) | |
| RAVE MOTION PICTURES ) | |
| BIRMINGHAM, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT BOSTON VENTURES MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant Boston Ventures Management, LLC ("BV") hereby moves for summary judgment in this action pursuant to Fed. R. Civ. P. 56(c). In support of this motion, BV states as follows:

1. There is no genuine dispute as to any material fact; and

2. Based upon the undisputed material facts, BV is entitled to judgment in its favor as a matter of law because (a) 15 U.S.C. § 1681c(g) of the Fair and Accurate Credit Transactions Act ("FACTA"), by its plain meaning, does not apply to BV, and thus BV cannot be independently or vicariously liable to the Plaintiff for the conduct alleged in the Second Amended Complaint, (b) even if,

4307398v1

*arguendo*, section 1681c(g) were deemed to apply to BV, BV cannot be held vicariously liable, as a matter of law, under veil-piercing, agency or other theories for the FACTA violations allegedly committed by the Rave Defendants, and (c) FACTA is unconstitutional both on its face and as applied to BV.

In further support of this Motion, BV relies upon the accompanying Memorandum of Defendant Boston Ventures Management, LLC In Support Of Its Motion For Summary Judgment, filed herewith ("BV Memorandum").

For the reasons stated above and in the BV Memorandum, BV respectfully requests that the Court grant this Motion.

### Request for Oral Argument

BV requests the opportunity to present oral argument in support of this Motion.

Respectfully submitted,

BOSTON VENTURES MANAGEMENT, LLC

By its attorneys,

/s/ A. Inge Selden III
A. Inge Selden III (SEL003)
(iselden@maynardcooper.com)
Joshua D. Jones (JON147)
(jjones@maynardcooper.com)
MAYNARD COOPER & GALE, P.C.
1901 6th Avenue North, Suite 2400

4307398v1

        Birmingham, AL  35203
        Tel.:  (205) 254-1000
        Fax:  (205) 254-1999

        Of Counsel:

        Mark D. Cahill (BBO #544693)
        (mcahill@choate.com)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, MA  02110
        Tel.:  (617) 248-5000
        Fax:  (617) 248-4000

Dated:  March 14, 2008

4307398v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2008, a true and correct copy of the foregoing was filed electronically with the Court which will automatically serve counsel of record as follows:

>Alexander W. Jones, Jr.
>William S. Pritchard, III
>Pritchard, McCall & Jones, LLC
>800 Financial Center
>505 North 20th Street
>Birmingham, AL 35203-2605

>Joseph H. Aughtman
>Beasley Allen Crow Methvin Portis & Miles, PC
>218 Commerce Street
>Montgomery, AL 36104

>James W. Gewin
>Dylan C. Black
>Bradley Arant Rose & White, LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203

I hereby also certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>William Perry Brandt
>Heather S. Esau Zerger
>Joletta M. Friesen
>Bryan Cave LLP
>3500 One Kansas City Place
>1200 Main Street
>PO Box 419914
>Kansas City, MO 64141-6914

>/s/ Joshua D. Jones
>Joshua D. Jones

4307398v1