IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIE BEST GRIMES, et al., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:07-CV-01397-WMA |
| | ) |
| RAVE MOTION PICTURES | ) |
| BIRMINGHAM, L.L.C., et al., | ) |
| | ) |
|    Defendants. | ) |

## MOTION TO FILE REPLY BRIEF

Plaintiff, by and through her counsel, hereby moves the Court for permission to file a reply to Defendants' upcoming response to Plaintiff's Motion for Class Certification. In support Plaintiff states as follows:

1. Plaintiff's Motion for Class Certification was filed on September 28, 2009.

2. Defendants' opposition to Plaintiff's Motion for Class Certification is due on October 16, 2009.

3. The Court has set an October 23, 2009 hearing date on Plaintiff's Motion to Certify Class.

4.      Plaintiff anticipates the need to reply to Defendants' response, and with only one week between Defendants' response date and the hearing date, Plaintiff seeks permission now for filing a reply.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests this Court enter an order allowing the filing of a Reply to Defendants' response, prior to the October 23, 2009 hearing date.

Dated this 1st day of October, 2009.

>*/s Joseph H. "Jay" Aughtman*
> Joseph H. "Jay" Aughtman
> ASB-8081-A43J
> Beasley Allen Crow Methvin
>    Portis & Miles, P.C.
> 218 Commerce Street
> Montgomery, Alabama 36104
> jay.aughtman@beasleyallen.com

Of Counsel:

William S. Pritchard, III
Pritchard, McCall & Jones, LLC
800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
billyp@pm-j.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have served upon all Defendants of record <u>as listed below</u> by electronic mail on this the 1st day of October, 2009.

            ***/s Joseph H. "Jay" Aughtman***
            OF COUNSEL


James W. Gewin
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203
jgewin@bradleyarant.com

W. Perry Brandt
Heather S Esau Zerger
BRYAN CAVE LLP
3500 One Kansas City Place
1200 Main Street
P. O. Box  419914
Kansas City, MO 64141-6914
Perry.Brandt@BryanCave.com